1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7147

6  Attorneys for Defendant
   United States of America

7

8

9

FILED

2008 MAY 14  AM 10: 44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____YWIX_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| ALVIN HENNINGTON, JR. ) | Case No. '08 CV 0859 SLS BLM |
| Plaintiff, ) | |
| ) | NOTICE OF REMOVAL OF A CIVIL ACTION |
| v. ) | |
| ) | |
| U.S. CUSTOMS AND BORDER ) PROTECTION ) | |
| Defendant. ) | |

17      The United States of America, by and through U.S. Customs and Border Protection ("CBP"), by

18  its attorneys Karen P. Hewitt, United States Attorney, and Christopher B. Latham, Assistant U.S.

19  Attorney, hereby respectfully notices the removal of the above-captioned civil action from the Superior

20  Court of California, County of San Diego.  Removal is noticed on the following grounds:

21      1. .    An agency of the United States, CBP is named as a defendant in the above-captioned case

22  originally filed as Case No. 37-2008-00081249-CU-CR-CTL in the Superior Court of California, County

23  of San Diego.  The Summons and Complaint were served on CBP on April 14, 2008.

24      2.      Removal of this case is appropriate under 28 U.S.C. sections 1441, 1442 and 1446

25  because an agency of the United States is a defendant in the action.  Section 1442(a)(1) provides for

26  removal in cases commenced in a state court against the United States, its agencies and officers.

27  Accordingly, this suit is properly subject to removal, without bond, under 28 U.S.C. section 1442(a)(1).

28  This is so because the action to be removed is pending in a state court located within this judicial district.

ORIGINAL

3.      As a further basis for removal, it also is anticipated that the United States may raise several defenses to the Complaint, including but not limited to, the following: (1) the United States' sovereign immunity as to certain claims; and (2) the failure of Plaintiff to exhaust his administrative remedies.

4.      Copies of the Plaintiff's original Summons and Complaint served on CBP are attached as Exhibit 1 in compliance with the provisions of 28 U.S.C. section 1446(a).

WHEREFORE, this action now pending in the Superior Court of California, County of San Diego, is hereby properly removed therefrom to this Court.

Respectfully submitted,

Dated: May 14, 2008

KAREN P. HEWITT
United States Attorney

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

2

# EXHIBIT 1

**SUM-100**

# SUMMONS *for Amended Complaint*
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** *U.S. Custom/Border*
*(AVISO AL DEMANDADO):* *Protection*

2008 APR -8   PM 12: 13

SAN DIEGO COUNTY, CA

**YOU ARE BEING SUED BY PLAINTIFF:** *Alvin Hennington JR*
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: 37-2008-00081249- |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* CU-CR-CTL |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
☑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
☐ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
*Alvin Hennington JR*
*5170 Clairemont mesa Blvd unit 9  San Diego, CA, 92117*

CLERK OF THE SUPERIOR COURT

| DATE: *April 8-08*      APR 0 8 2008 | Clerk, by    **D. SMITH** | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

| Form Adopted for Mandatory Use | | |
|---|---|---|
| Judicial Council of California | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 |
| SUM-100 [Rev. January 1, 2004] | | |

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| — ALvin Hennington JR.<br>5170 Clairmont mesa Blvd unit 4<br>San Diego, ca. 92117-1465<br>TELEPHONE NO: (858) 495-0695    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): INProper | CLERK OF THE SUPERIOR COURT<br>CENTRAL DIVISION<br><br>2008 APR -8 PM 12: 13<br><br>SAN DIEGO COUNTY, CA |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200.
☐ SOUTH COUNTY DIVISION; 500 3RD AVE., CHULA VISTA, CA 91910-5649

PLAINTIFF: ALvin Hennington JR.

DEFENDANT: U.S. Customs/Border Protection

☑ DOES 1 TO  1

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☑ **AMENDED (Number):** 1    Conti. 100 Enter.Jo 188243
**Type (check all that apply):**    5 counts of Breaking and
☐ **MOTOR VEHICLE**  ☑ **OTHER (specify):** Entering, Malicious Prosecution
☐ Property Damage  ☐ Wrongful Death    288.680, 1881361etseq.
☐ Personal Injury  ☐ Other Damages (specify): Pschological
      Torture 1883672

**Jurisdiction (check all that apply):**
☐ **ACTION IS A LIMITED CIVIL CASE**
Amount demanded  ☐ does not exceed $10,000
      ☐ exceeds $10,000, but does not exceed $25,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
      ☐ from limited to unlimited
      ☐ from unlimited to limited

| CASE NUMBER: |
|---|
| 37-2008-00081249-<br>CU-CR-CTL |

1. **Plaintiff** (name or names): ALvin Hennington JR.

   alleges causes of action against defendant (name or names):
      U.S. Customs/Border Protection

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ ☒ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>982.1(1) [Rev. January 1, 2006] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |

SHORT TITLE:                                                                    CASE NUMBER:

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant (name): *U.S. Customs Border Protection*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☑ other (specify): *[Government entity] Federal Law Enforcement A Div. of Dept of HomeLand Security*

   b. **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): *8 People A.H.* were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): *18 People* are persons whose capacities are unknown to plaintiff.

7. ☑ Defendants who are joined under Code of Civil Procedure section 382 are (names): *San Diego Police Dept, Federal Bureau of Investigation, Port of San Diego [San Diego unified Port District]*

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify): *Conflict of Interist 18,248, Civil Rights Conspiracy 42 § 1985 et seq. Adults with Disabilities 29 § 701 NT Eon 13078 Conspiracy 18 § 241 § 1362, 1363 § 3050*

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or *Conflict of Interist 18 § 248*
   b. ☐ is excused from complying because (specify):

982.1(1)

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other (specify): Conflict of Interist 18 §248, Sodomy, RAPE, Death threats, The use of Agents with a Background in Psihiatry or Pschology 18 §3672, 3552, Adults with Disabilities 29 §701 N EON 13078, Stalking 42 §14031 ET seq. Defendants or People on Behalf of Defendants punished me for filling paperwork [Ex-Parte] in case # GIC 873566

11. Plaintiff has suffered
   a. ☑ wage loss Defendants were involved in my Getting Fired from Job
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage Defendants AT 5170 Clairmont mesa BLVO #21 and 9,5, stole court Paperwork
   f. ☐ loss of earning capacity
   g. ☑ other damage (specify): Defendants moved into my complex one month after case GIC 873566 went into Default, Moved in above my Residence and across from me. Conflict of Interist 18 §248, 42 §1985 ET seq.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
   yes

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
   (1) ☐ according to proof
   (2) ☑ in the amount of: $ ~~$8 million dollars~~ $850,000,000.00
      eighthundred and FIFTY Million Dollars

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: APRIL 8, 2008

ALVIN Hennington JR.
(TYPE OR PRINT NAME)

► Alvin Hennington Jr.
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

SHORT TITLE:

NUMBER: 37-2008-00081249-CU-CR-CTL

ATTACHMENT (Number): _____    Page _____ of _____

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

Conflict of Interist

Psychiatry and Psychiatrists
ADmin. office of U.S. courts, contracts 18 §3672 §3552, 3663
Sentence and Punishment 28 §334 Malisious Pro secution 28 §2680, 18
§1361 et seq Conspiracy 18 §§1362, 1363 §3050 Civil Rights conspiracy 42 §1985
et seq. Definition 18 §248 Federal Housing Finance Board Oirections 12 §1422.a
Federal Labor Relations Authority 5 §7104 Telecommunications, Mobile
Services, Taxation 4 §126, 15 §1355, 22 §6435.a Congress, contracts 41 §22
Labor, workforce, Employment, Investment Board 29 §§2821, 2832, 5 §1201
Aged Persons 42 §3058h. Confiscation Generally 50 §212 et seq, Nat. Banks 12 §11,
Securities Exchange Act. 15 §78x, Medical Devices, inspection and Inspectors
21 §374

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1



PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

*Alvin Hennington JR.*
*5170 Clairmont mesa BLVD unit 4*
*San Diego, Ca. 92117*

TELEPHONE NO: *(858)495-0695*  FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* *IN PROPER*

FOR COURT USE ONLY

FILED
CIVIL BUSINESS OFFICE 16
CENTRAL DIVISION

08 APR -3 PM 4: 13

CLERK SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: *330 west Broadway*
MAILING ADDRESS: *330 west Broadway*
CITY AND ZIP CODE: *San Diego, ca. 92101*
BRANCH NAME: *Central/Hall of Justice*

PLAINTIFF: *Alvin Hennington JR*

DEFENDANT: *U.S. Customs/Border Protection*

☑ DOES 1 TO *1*

COMPLAINT—Personal Injury, Property Damage, Wrongful Death,
☐ AMENDED *(Number):* *Milicious Prosecution*
*Conflict of Interist*
Type *(check all that apply):* *Sodomy, Rape, Entrapment*
☐ MOTOR VEHICLE ☑ OTHER *(specify):* *Defamation, Slander*
☐ Property Damage ☐ Wrongful Death *Pscicological*
☑ Personal Injury ☑ Other Damages *(specify):* *Torture*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
  ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:

37-2008-00081249-CU-CR-CTL

1. Plaintiff *(name or names):* *Alvin Hennington Jr*
   alleges causes of action against defendant *(name or names):*
   *U.S. Customs/Border Protection*
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* U.S Customs   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                         (2) ☐ a corporation
      (3) ☑ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*
   Div. of Home Land security / Federal Law Enforcement.
      (4) ☐ a public entity *(describe):*               (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                         (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*               (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other
   named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* (6) Six Agents are persons whose capacities are unknown to
   plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other *(specify):* Conflict of Interest! 18§248, 1362, 1363 §305C
   Conspiracy!

9. ☑ Plaintiff is required to comply with a claims statute, **and**
   a. ☑ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

SHORT TITLE: *Alvin Hennington JR VS.*
*U.S. Customs*

CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other (specify): *Conflict of Interist, Malisious Prosecution, Entrapment, Deaththreats, ILLegal use of Hipnosis, Thought implantation, ILLegal use of subliminal messages to Harm plaintiff, to Entrapp Plaintiff and to torture plaintiff, assault both physical, mental and sexual, Death threats, Threats to poison;*

*29 §701NT, Eon 1307,*
*Conspiracy, ADults with Disabilities 13172*
*Stalking 42 §14031 et seq.*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage (specify): *Conflict of Athist Interist, Sodomy*

*Related cases: GIC873566 - 37-2007-00082645-CU-NP-CTL, 37-2008-00076202-cu-cr-CTL, 37-2008-00079290-CU-DF-CTL, 37-2008-00080190-CU-DF-CTL*
*Defendants were in violation of conflict of Interist*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are *Jan. 2007*
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

*Yes*

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ *800,000,000.00 eight Hundred Million*

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: *APril 3, 2008*

*Alvin Hennington JR.*
*Inproper*
(TYPE OR PRINT NAME)

▶ *Alvin Hennington*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Declaration

FILED
CIVIL BUSINESS OFFICE IS
CENTRAL DIVISION

Superior court of California

08 APR -3 PM 4:16

SAN DIEGO COUNTY. CA

Hall of Justice

330 West Broadway

San Diego, CA. 92101-3827

Case#

**37-2008-00081249-CU-CR-CTL**

Charges Related to case

AND Related cases: Conflict of

Interist, Entrapment, Malicious Prosecution
Falsifying medical Dianosis [mental Health] Reports ect.
Malpractice, Scaretactics and Emaslilation
RAPE
Case#GIC873566 ~~Related case~~ #AH.
37-2007-00082645-CU-NP-CTL, 37-2008-00076202,
-CU-CR-CTL, 37-2008-0007920-CU-DF-CTL
These case ARe The Reason for
aLL charges and offences against Plaintiff.
ALvin Hennington JR. ALL charges

The defendants threatened to remove from me or set me up. members of the San Diego Field office of The F.B.I., U.S.Customs ~~F.B.I.~~ A.T.F. and San Diego Police Department Members were working together to ~~entrapp~~ me and commit crimes ~~against~~ me. This has been going on Since Before Jan.1, ~~2000~~ 1992. I don't know if it goes Back Further or not. I do know that in 2002 members of law enforcement were Following me and Harrassing me. I also know That members of the San Diego county V.a. Medical center on the 2nd Floor in La Jolla. Their Proper Name is V.A. San Diego Healthcare System. ADDress 3350 La Jolla Village Drive San Diego, Ca. 92161. The Staff of the second Floor. Took Bribes From the Defendants in order

convince me that I was crazy and none of this Happened.

The Truth was, I was Illeagaly Held against my will At V.A. San Diego Health care system on the Second floor in 2002. Which is a <u>Volentary healthcare Facility</u>, which **means** they had no right to do so. The staff forced me to take psiciatric medicine by lying to me and Telling me if I didnt take take the medicine and agree that it was a delasion. I would not be released, In oct. 2006 I Filed a civil suite against San Diego Harbor Police, The Port of San Diego, San Diego Regional Airport Authority and Department of Homeland security, The Defendants were found guilty of Harrassment.

2

Since Then My mother took a bribe, I think
By Force or Fear of her own Life or thru the use
of Lies by Defendants, I hope this is the
case but I can only speculate
on whether it was Forced or Voluntary.
I recently Found out the party
that Deployed pscic Agents was
in FACT U.S. Customs, I was
informed of this by people who
wish to Remain nameless, what
I do know is They have the
Power to do anything they want
to me and make it Look Like
an accident or coincidence or Like
I did of my own Free will
this scares me very Badly.
I know the statements I made
about hipnosis, Thought implantion
and subliminal sugestion sound
Strange strange to say the Least.

what I know is The Federal
Government Banned subliminal
sugestion in ADvertising. Why
would the Federal goverment
ban something that did not work?
why are so many doctors investig-
ed by Law enforcement for
Rape and molestation charges
and Found Guilty if it were not
true? The Fact is there would
not be so many if it were not
Factual and True. The Fact
is they can make you do anything
they want, AND Make it Appear
to be free will or make you Look
crazy or delusional For saying
they did. They have my life
in their hands, And have threatened
kill or harm me if I win my suites.

(5)

This Frightens me very badly Because I Love life and don't want to die and I don't want any harm to come to my Family or Friends Friends. AH!

P.S. I also Found out the Defendants have been in contact with my Financial institution — U.S.E Credit Union 10120 Pacific Heights Boulevard San Diego, Ca. 92121, The Reason was to make my account over drawn on Purpose for several months in order to prevent me From dealing with my cases and to put me in Financial Trouble

Against Plaintiff including mental Health
Issues are Fabricated in order to
Harm Plaintiff, discredit Plaintiff to
get all cases against Defendants dropped
or thrown out, which are all Direct
Violations of conflict of Interist
charges and Defamation charges
Proven by the Fact cases GIC 873566
and 37-2007-00082645-cu-NP-CTL which
are Both in Default if any charges
were not true why didnt any
defendants answer charges in
Appropriate time: ~~and why~~ and
why did any Defendants move into
my complex or have any contact with
Family, Friends or Plaintiff.

trouble in my personal life
and to give Them something
to prosecute me for, so
They can either force me
to drop my suiter and
cover-up my Rape charges
against defendants. This is
the only thing that makes
sense to me considering
the Sercumstances, Also the fact
the Defendants have gotten
me fired from my previous
Job and are in contact with
my current job - Sulivans
moving and storage, ALL of
which are conflict of interist.

Personally I don't know if one Party
Is commiting crimes against me and
Blaming it on the other parties or if
they are all working together.
What I do know is, The Residents
of 5170 Clairemont mesa BLVD units
21, 23, 5 and 9 have been claiming to
be San Diego Police, Federal
Bureau of Investigation and
now their latest U.S. Customs.
I also know They have pscicological
tarning and have been using its
to torbure me, I also know an
awful lott of people moved into my
mother's condo complex, one month
after my case went into Default.
I also know their are thousands of Houses
Apt and Condos in San Diego county.

MC–025

| SHORT TITLE: | CASE NUMBER: |

**ATTACHMENT** (Number): _____ of _____

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

I don't know if the People in 5170 Clairmont mesa BLVD unit 21, 9, 5, 31 and 34 are San Diego Police officers or Federal agents what I do know is ~~They confessed to~~ ~~Raping me~~ Ath, Rape. ~~The~~ Females in unit 21 and 9 bragged ~~to~~ me and my Rectum still Bleeds From the insident, I Request Mal Practice, Felony Rape, Violation of ADults with ~~Disabilities~~, I also Request ALL San Diego Police officers ~~that~~ or Federal agents that live in 5170 Clairmont mesa BLVD unit 21 thru 34 that have PSciCoLogical training loose their lisences ~~to~~ practice Medicine for crimes of psicological torture, Rape, aiding and abedding, Breaking and entering AND Violation of case # GIC 873566 where Defendants were Found Guilty of Harrassment and Defamation and Slander. I Request The ATTorney General of

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC–025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

Page 1 of 1

www.courtinfo.ca.gov

SHORT TITLE:

CASE NUMBER:

ATTACHMENT (Number): _____    Page _____ of _____

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

The United States investigate all of them and The American Medical association be given their names For Ivestigation. Because of the Hipnosis Against my will, They know my Pen # to my Bank account, my social security #, my D.M.V. I.D. card nunber, they even know memories Both Real and the ones they implanted to Suppress my memory of the Facts. WHich is why I wrote everything down, they even broke into my Room, Whats to prevent them from using that information to Rob me, or set me up, what will stop them from telling some one else the information, or Harming me in some other way, they have already Harmed me Physically and Psicologically while s leep.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT
to Judicial Council Form**

I Request The Director of
Homeland Security Washington
D.C. Pensulvania ave investigate
or order The Ivestigation of
ALL agencies connected to
these cases and I also
Request the Hipnosis and
Nightly torture and Harrassment
to stop. Please Foward
to The Director of the
Interior and The
U.S. Attorney General
For Review and Inquiry into
matter at hand.

SHORT TITLE:

Alvin Hennington JR VS. ~~A.H.~~

1  Americans with Disabilities act of 1990 (ADA)
2  Short title, see 42 USCa §12101 note Pub.L. 101-336,
3  July 26, 1990, 104 stat, 327 (29 § 706; 42 § §12101, 12101
4  Note, 12102, 12111, 12111, note, 12112 to 12117, 12131, note,
5  12132 to 12134, 12141, 12141 note, 12142 to 12150,
6  12161, 12161 Note, 12162 to 12165, 12181, 12181 note, 12182
7  to 12189, 12201 to 12213; 47 § §152, 221, 225, 611) Pub.L. 102-
8  166, title 1 §109(a), (b)(2), Title III § 315, Nov. 21, 1991, 105 stat 1077
9  Adults with Disabilities 29 § 701 NT, Eon 13078 13172
10  Privacy Protection cival liberties Protection officer, 50
11  §403-3d Privacy Protection act of 1980
12  42 USCa §2000aa Note Pub.L. ~~104~~ 96-440, oct. 13, 1980, 94
13  Stat. 1879 (42 §2000aa, 2000aa-5 to 2000aa-7, 2000aa11,
14  2000aa12) Pub.L. 104-208, Div. A, Title1 and 101(a) Title I,
15  §121 subsection 6] Sept. 30, 1996, 110 Stat, 3009-30
16  [42 §2000aa] Postal service [Title 39] Pub.L.
17  86-682 §1, Sept. 2, 1960, 74 stat. 578, as Revised and
18  Reenacted by Pub.L. 91-375, §2, Aug. 12, 1970, 84 stat. 719
19  (39 and 101 etseq.] Process, interception of wire, oral
20  or electronic communications 50 and 1806
21  Racial Profiling Highways and roads, Law enforce-
22  ment, Prohibiting, Grants 23 §402 nt. (18 §245]

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*: 7    HAte crime

27  This page may be used with any Judicial Council form or any other paper filed with the court.    Page 1

SHORT TITLE:

Alvin Hennington vs San Diego Police Department et al

CASE NUMBER:

1. Entry upon land 5 0 §1804
2.           PEO V TIMMS 179 ca. 3d 86 (86)
2. Damages 6 §145; 18 §§2511; 5 0 §1810
3. Department of Veterans Affairs Act,
4. Pub. L. 100-527, Oct. 25, 1988, 102 Stat. 2635 [3 §19; 5 § 101,
5. 901 Notes, §312 to -§316; Sapp §2, 11; 38 §§201 notes, 210,
6. 1000] Pub. L. 101-94, Title IV, §401, Aug. 16, 1989, 103 Stat.
7. 628 [38 §201 Note] Pub. L. 101-576 Title II §205(c)(2), Nov. 15,
8. 1990, 104 Stat. 2845 [38 §201 Note]
9.    Disabled American Veterans acts
10. June 17, 1932 ch 268 47 stat. 320 [See §§50301 to
11. 50308] July 15, 1942, C, 505, 56 stat. 659 [see 36 §§
12. 50301 to 50308] Dec. 18, 1967, Pub. L. 90-208, §1, 81 stat,
13. 655 [36 §901]) Aug. 12, 1998 Pub. L. 105-225, §6(b) 112 stat. 1506
14. [36 §§90a to 90k] Sustance Abuse and mental Heal
15. services 42 §§290aa et seq. 300x et seq, Health
16. services centers 42 §300x et seq. Fraud 42 §300x-56
17. Stalking Generally 42 §14031 et seq, Advocacy
18. victims 42 §§13925, 14043 confidential or privilaged
19. Protection 42 §14043 b-4 Handicapped Persons 42 §379 e
20. 99-7 speech Impairment 40 §1810l et seq Unjust Inprison-
21. ment, Damages 28 §1495 Kidnapping 18 §1201 Fraud
22. 18 USSG §2Fl.1 et seq. Domicile and Residence 28 §992
23. con spiracy 18 USSG §2x1.1 Torture 18 §2340A, Drugs and
24. medicine 18 §3583 Medical malpractice Veterans 38 §501 &
25. 42 §11515 §11115 video 18 §1801 Dwelling 42 §200aa-6 &
       18 §2236 Civil Rights 28 §1343

26. *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

27. This page may be used with any Judicial Council form or any other paper filed with the court.   Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
SUPCT CIV-299/New 1-A71

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

SHORT TITLE: Alvin Hennington vs ~~San Diego~~ ~~Police Dep~~ AH.

CASE NUMBER:

~~Privacy~~ Protection officers 50§403-3d Privacy act of
1974, 5§552a Electronic 44§3501NT
False arrest, Entrapment, ~~xxxxxxxx~~ AH.
criminal conspiracy ~~to prevent me from winning~~
cases, Falsifying Police Reports, Falsifying
Criminal records, installed Video ~~surveil~~ AH.
Cameras, micraphones and bugging devices in
Home, committed ~~so~~ pscicological and
Physical torture daily, made death
threats ~~against~~ me and my Family.
threatened to lock me up on Phoney
criminal charges, threatened to
kidnapp me and Followed through
with it, ~~which~~ AH. With the aid of
county mental Health and a
criminal staff, who held me
down and injected me with psciciabric
medication and illeagully confined me.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court. Page 3

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
SUPCT CIV-299/New 1-87]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

Conflict
Interist

1  Malicious Prosecution: Tort claims act, exception,
2  Claim arising 28 §2680 Malisious Mischief Generally
3  18 §1361 et seq. Conspiracy 18 §§1362, 1363 §3050
4  Civil Rights conspiracy 42 §1985 et seq
5  18 §248: Bank Fraud, Continuing Financial crimes, Definition
6  Enterprise 18 §225 AGents and AGencies, officers and
7  Employees of Government 18 §§205, 216 Bribery and
8  corruption 18 §201 Federal AGencies 44 §3549
9  Judges of Justices Disqualification 28 §455
10  Definitions 18 §§202, 207 united states citizens
11  Logalty 22 §287 nt, Eon 10422-Information 15 §§1330 b
12  19 §126 et seq > customs Duties Generally
13  Definitions 19 §1401 Investigations 19 §1677 m
14  Johnson Act Debt Default act [Debt Default ACT]
15  April 13, 1934, ch 112, 48 stat. 574 [see 18 §955] July 31, 1945 ch.
16
17
18
Conflict
of
Interist
19  339, §9, 59 stat. 516 [31 §804b] 42 §5024
20  Recovery 18 §218 LegaL services 42 §2996 b
21  Acounting and oversight board 15 §§78 J-1 721 et seq
22  42 §264 United states court of Appeals for the
23  Federal circuit 18 §§204, 216
24  ALso to Answer the claim and or
25  Rumor About H.I.V. I had myself tested
26  at the V.A. San Diego Healthcare system
27  twice in 2007 to be safe, I have not
28  had sex volentary in seven months, exept
when I was RAPed Jan. 29-08 Approximate Date

MC-025

SHORT TITLE:

CASE NUMBER:

ATTACHMENT (Number): _____    Page ____ of ____

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

The Test Results were Negative for all Sexually transmitted Diseases. To Address the conserns about my criminal and medical Records, I know From 1987 thru 2008, I had only 3 arrest, All were False arrest. The first one was in 1991, The arresting officer was Deputy steel of The Lemon-Grove Shiriffs Department. For reasons unknown to me at the time, Deputy steel Hated me, I didn't know why he hated me so much, what I did know was he went out of his way to pick on me and my Friends. My Manager at the kenwood Apts. in spring Valley, ca, where used to live, Caught Deputy steel looking through my window with a pair of Bonoculars on the day of the Arrest, I was working for spring Valley Recycling center, I had Just gotten off work at 5pm. I walked

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

www.courtinfo.ca.gov

MC–025

SHORT TITLE:

CASE NUMBER:

ATTACHMENT (Number): _____    Page _____ of _____

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

to Goodland Acres Park approxamatly 5 min.
walk from my Job. Me and my Friends hang out
their to talk and drink Beer after work,
I bought a beer from Park market and walked
into the park to socalize hang out
with my friends, Approx. 5:10 p.m. to 5:15 p.m.
Deputy steel showed up. He claimed I was
Drunk in public, I don't know of Anyone
who can get drunk in 5 min. or in 10 min. No
matter what or how fast they are drinking.
What I do know is I was arrested for What
should have been a ticket, [open container]
or a warning, Since I had no criminal
record or prior offences, The Judge
Ruled in my Favor. All charges were
Thrown out, Illeagal search and
seizure and False Arrest. The Deputy was
suspended, My Father in Law got his bail
money back and Steel was investigated
by internal affairs.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

MC–025

SHORT TITLE:

CASE NUMBER:

ATTACHMENT (Number): _____          Page _____ of _____

(This Attachment may be used with any Judicial Council form.)          (Add pages as required)

1
2    I Later Found out from Tina Erickson, my now
3    ex-wife, that she used to Volenteer at the Sheriffs
4    Dept in LemonGrove when she was a teenager.
5    I also know she was in a youth Deversion
6
7    camp before. She told me that her and
8    some of the other girls would drink and
9    use drugs with the couselars [Deputies].
10   Steel was one of them another one
11
12   was a Deputy David night. My Ex-
13   wife told me, they liked her a lot, Deputy
14   Steel Investigator invited her to Mexico
15   with him to party, when she was 15 years
16
17   old. and used to allways Give her rides
18   home from work. This would explain
19   why he hated me so Badly and
20   Tried to set me up and make me
21
22   swing on him. The really sad Part
23   is everything my Ex-wife told me
24
25
26
27   (If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

MC–025

SHORT TITLE:

CASE NUMBER:

ATTACHMENT (Number): _____    Page _____ of _____

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

including the Sex and Prostitution, I didn't beleave, ~~until~~ until All the trouble started with the Fake mental Health issues, False — arrest in 2008 again, this time by San Diego Police Dept This was Conflict of Interist because I had a suite Filed in 2007 which was Already in Default when the Arrest was made and the False charges were made.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]
ATTACHMENT
to Judicial Council Form
www.courtinfo.ca.gov

SHORT TITLE:

(AGAinst my will)

CASE NUMBER:

ATTACHMENT (Number): _____    Page ____ of ____

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

1   I Looks Like The defendants are
2
3   up to their old Tricks, Telling me two
4
5   or three different stories, so I can't tell
6   which one is true. the first one is they
7   are taking the Subliminal messages out?
8
9   the second they are making sure
10
11  no one else c an do that to me
12  and they get blamed for it? The
13
14  third and most troubling to me ist
15
16  Their boss told them to go ahead
17  and put the subliminal messages in
18
19  to kill me, Because it's less trouble
20  for them to kill me. NOW, Than to watch
21
22  me. For the rest of my Life to make
23  sure no one else does the same thing?
24
25  I hope AND pray this is not true,
26  The Defendants have the skills and training to
27  do just that, I pray I Am wrong

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

www.courtinfo.ca.gov

DATE of
incident March 28-08

Conflict of
Interist 18 §248,
2680

(1)

Let the record show, The Defendants
Are up to new ways to Entrapp and Malisiously
Prosecute and Violate Confict of Interist Laws
28 §2680, 18 §1361 ET seq. 18 §205, 21 64 §3549, 19 §1677
ect. The Defendants latest trick or Violation is to
make a situation look real that is not, I dont know
the extent of all their tricks or how many are
involved [conspiracy 18 §1362, 1363 §3050) But I do
know they all have something to gain And I dont
realy Beleave in chance or bad luck expecially
Since all of this started the second I Filed
the Rape charges against the Defendants for
Either commiting the crime, Refusing to prosecute,
Refusing to investigate or [conspiracy 18] helping
to commit crimes or simply having knowledg Att.
knoledge of the crimes commited against me
and doing Nothing to stop it or arrest all
who paticipated in the crime against me.
what they have been doing is having people,
Agent or officers posted on the street usually
Male or Elderly and sometimes kids, who are
either paid off or Already work for defendants in
what capacity I dont know, what I do know is if
you are walking and someone starts walking

②

in step with you very close to you, which
is an invasion of Privacy and Personal space,
If someone takes a picture it will apear like
you are together even though you are not.
The other one that I noticed, I don't know how
many their are total, Is for me to be
standing Either in line or at a crosswalk
and accidently on purpose, turn around
or walk and pretend like they were not
looking and stop About 6 to 10 inches from my
Face or ask me a question they Already
know the answer to. If someone were
to take a picture it would look like
we were together or kissing which
is not true, or they will have kids
Run into you on purpose, And All I know
is All of this Looks Like Entrappment and
Con Flict of Interist Law Violation 18 § 248
§§ 205, 216 § 201, 202, 207

JAN 29-08

# Date of incident

On the Night in question
I was in my bed asleep
I awoke the next day,
to my ass hurting, at first
I didn't know what happened,
I was confused and groggy.
my head felt light
and fuzzy, I was outside,
my moms condo door smoking
I heard the police officers
officers upstairs laughing, so
ignored it because, one
75 officers, 30 of which have
moved into my complex
since my civil case for
25 million went into default and
they found out they couldn't
blow the case legaly
legaly. they decided to move
into my complex and PReASURE
into droping the case through
use of harrassment, entrapment
intimidation and death threats,
they also either hired or
already had in their employ
psicologist or psicatryst, I
don't know which they are
but I do know they have
bugged my house put a
camera in my bathroom

②

and used it to tease me,
laugh to me and make grunting
noises when I go to the Restroom.
They use hypnosis to harrass me,
scare me, calm me and to
taunt me, I heard the woman
that lives upstairs, ask me
how does my ass feel? and laughed
at me, then told me that
she and the other female police
officers upstairs used drugs on
me, hypnosis on me and Fucked
me in my ass while I was
unconsious in my bed last night.
I think she told me this
to scare me, to embarress
and degrade me into dropping
my law suits. I was embarres-
edly scared and very angry
especially when the male
officers started to tease
me, laugh to me and other
Female officers would point
at my ass and laugh at me
to embarrass me into not Reporting
it to anyone, At first it worked
then I Finally Relized I did
nothing wrong And I could not
prevent it From happening
being a man this is very
embarrassing to say,

(3)

For a while I didn't
say anything to anyone
about this subject, I guess
I never thought a woman,
would ever, do something
like this, I still can't believe
it happened, at first I told
myself it didn't happen
that they were all lying,
until I went to the bathroom
and blood came out of my
asshole and And I Found
myself putting neosporin
antibiotic ointment on my,
ass and my tailBone being
sore.
All the people that laughed
at me or told me what
happened would only know
if they had something to
do with it or if they knew
who did I think this is
the worst Feeling in the
world Formes,
because the police are
supposed to uphold the
law, not break it, so who
do you tell when they
rape you with
a dildo and take turns
while you are knocked out

DATE of Offence
Sex offenses Jan. 29-08
Approxamate

Sex offenses:
- sentence and punishment, 18 USSG § 2G1.1
- Aggravated sexual ABuse, 18 § 2241
- Assault with intent to commit, 18 § 113
- Conspiracy 18 § 241
- Elements of crime 18 § 2242
Force, aggravated sexual abuse
- Rendering unconscious 18 § 2241
- Drugs and Medicine, 21 §§ 801 oT, 802,
812 NT, 827, 841, 960
- Grievous Bodily ~~Harm (Damage)~~
Injury, 18 § 2246 controlled substances, 18
§ 2241 RAPE, Generally 42 § 13941 et seq.
Sexual Assault, 42 § 16945
Justice Department, SMART office, 42
§ 16945
Sexual ABuse AcT of 1986
short title see 18 USCA § 2241
Note! Terrorism Generally 18 § 2331 et
seq.
Searched and Seizures
18 § 987 Conflict of Interist:
AGents and AGencies, officers and
employees of Government
18 §§ 205, 216 §§ 225
Federal agencies 44 § 3549 §
16844 § 42 § 2996d.

1   KAREN P. HEWITT
    United States Attorney
2   CHRISTOPHER B. LATHAM
    Assistant U.S. Attorney
3   California State Bar No. 160515
    Office of the U.S. Attorney
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-7147

6   Attorneys for Defendant
    United States of America

7

8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  ALVIN HENNINGTON, JR.                )    No. '08 CV 0859 JLS BLM
                                         )
12                       Plaintiff,      )
                                         )
13            v.                         )    CERTIFICATE OF SERVICE
                                         )
14  U.S. CUSTOMS AND BORDER              )
    PROTECTION,                          )
15                                       )
                         Defendant.      )
16                                       )
    _____)
17  STATE OF CALIFORNIA                  )
                                         ) ss.
18  COUNTY OF SAN DIEGO                  )

19          IT IS HEREBY CERTIFIED that:

20          I, Jaclyn R. Penley, am a citizen of the United States over the age of eighteen years and
    a resident of San Diego County, California; my business address is 880 Front Street, Room 6293,
21  San Diego, California; I am not a party to the above-entitled action; and

22          On May 14, 2008, I deposited in the United States Mail at San Diego, California, in the
    above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

23          - Notice of Removal of a Civil Action
24          - Ex Parte Application for an Order Establishing Time for United States to Respond
              to Complaint

25  addressed to:

26          Alvin Hennington, Jr.
            5170 Clairemont Mesa Blvd., Unit 4
27          San Diego, CA 92117

28

ORIGINAL

1 | the last known address at which place there is delivery service of mail from the United States Postal
2 | Service.  I declare under penalty of perjury that the foregoing is true and correct.

3        Executed on May 14, 2008.

Jaclyn R. Penley

2

✎JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ALVIN HENNINGTON, JR.

**DEFENDANTS**
U.S. CUSTOMS AND BORDER PROTECTION

FILED
2008 MAY 14  AM 10: 44

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      KMK        DEPUTY

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
N/A - Pro se
5170 Clairemont Mesa Blvd., Unit 4
San Diego, CA 92117

Attorneys (If Known)
Christopher B. Latham
Assistant United States Attorney
880 Front St., Rm. 6293
San Diego, CA 92101

**08 CV 0859  JLS BLM**

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

| | |
|---|---|
| 1  U.S. Government Plaintiff | 3  Federal Question (U.S. Government Not a Party) |
| ✗ 2  U.S. Government Defendant | 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | ✗ 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | 861 HIA (1395ff) | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| 1 Original Proceeding | ✗ 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multidistrict Litigation | 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1442 and 1446
Brief description of cause:
Personal injuries from slander, harassment, defamation and racial profiling

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**
850,000,000.

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE  Hon. John A. Houston       DOCKET NUMBER  08cv0221 JAH (LSP)

DATE
5/14/08

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____