KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
State of California Bar No. 160515
Office of U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR., | Case No. 08cv0859 JLS (BLM) |
| Plaintiff, | NOTICE OF RELATED CASE [Civil Local Rule 40.1(e)] |
| v. | |
| U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

PLEASE TAKE NOTICE that the above-captioned action is related to the following case:

• <u>Hennington v. San Diego Police Dept, et al.</u>, case no. 08cv0221 JAH (LSP), filed in San Diego Superior Court on December 6, 2007 and removed to the district court on February 5, 2008.

Both cases are brought by the same Plaintiff against the same federal Defendant. They arise from identical operative facts, namely his allegations of harassment, abuse and psychological terror by federal and state governmental authorities.

Respectfully Submitted,

Dated: May 15, 2008        KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
Attorneys for Defendant
United States of America