UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR., ) | Case No. 08cv0859 JLS (BLM) |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| U.S. CUSTOMS AND BORDER PROTECTION, ) | |
| Defendant. ) | |

STATE OF CALIFORNIA )
                                  ) ss.
COUNTY OF SAN DIEGO )

      IT IS HEREBY CERTIFIED that:

      I, Christopher B. Latham, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

      I have caused service of the following documents in this above-captioned action as indicated below:

      -     Notice of Related Case

      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

      <u>Name</u> (If none, enter "None" below)

      Alvin Hennington, Jr.
      5170 Clairemont Mesa Blvd., Unit 4
      San Diego, CA 92117-1465

the last known address at which place there is delivery service of mail from the United States Postal Service.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on May 15, 2008.

                                                                                  s/ Christopher B. Latham
                                                                                  CHRISTOPHER B. LATHAM