UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR.<br><br>   Plaintiff,<br>v.<br>SAN DIEGO POLICE DEPARTMENT, et. al.,<br><br>   Defendants. | Civil No. 08cv0859 JAH (LSP)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER ESTABLISHING TIME TO RESPOND [Doc. No. 2]** |

On April 8, 2008, Alvin Hennington, Jr. ("plaintiff"), proceeding pro se, filed a complaint in San Diego County Superior Court against the United States Customs and Border Protection ("defendant"), alleging numerous causes of action and requesting $800 million in damages. Defendant removed the action on May 14, 2008. (Doc. No. 1.) That same day, defendant filed an ex parte application for an Order establishing the time for the defendant's response. On May 22, 2008, the action was transferred to this Court pursuant the low number rule. See Order (Doc. No. 4); CivLR 40.1.

In its application, Defendant asks the Court to reconcile an apparent conflict between FRCP 12(a), which requires the United States to respond within sixty days after service upon the United States Attorney, and FRCP 81(c), which provides no longer than twenty days for any defendant to respond.

Good cause appearing, IT IS HEREBY ORDERED Defendant's *ex parte* application is **GRANTED.** Defendant shall respond to the complaint within sixty (60) days from the

1  date of removal.

2  DATED: June 3, 2008

_____
JOHN A. HOUSTON
United States District Judge