1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7147

6  Attorneys for Defendant
   United States of America

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  ALVIN HENNINGTON, JR.,           )  Case No. 08cv0859 JAH (LSP)
                                     )
11              Plaintiff,           )  NOTICE OF MOTION AND MOTION TO
                                     )  DISMISS
12        v.                         )
                                     )
13  U.S. CUSTOMS AND BORDER          )  DATE:    September 15, 2008
    PROTECTION,                      )  TIME:    2:30 p.m.
14                                   )  CTRM:    11
                                     )  JUDGE:   Hon. John A. Houston
15              Defendant.           )
                                     )
16  _____)  NO ORAL ARGUMENT UNLESS
                                     )  REQUESTED BY THE COURT
17

18  TO:      PLAINTIFF, ALVIN HENNINGTON, JR.

19          PLEASE TAKE NOTICE that on Monday, September 15, 2008 at 2:30 p.m., or as soon

20  thereafter as counsel may be heard, in the Courtroom of the Honorable John A. Houston, Defendant,

21  through its attorneys of record, Karen P. Hewitt, United States Attorney, and Christopher B. Latham,

22  Assistant United States Attorney, will bring on its Motion to Dismiss pursuant to Rules 8, 12(b)(1) and

23  12(b)(6) of the Federal Rules of Civil Procedure.

24          This motion is based upon the accompanying memorandum of points and authorities, and the

25  files and records of this case.

26  DATED: July 11, 2008              KAREN P. HEWITT
                                     United States Attorney
27
                                     s/ Christopher B. Latham
28
                                     CHRISTOPHER B. LATHAM
                                     Assistant U.S. Attorney
                                     Attorneys for the United States of America