# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUL 14 PM 3:46
*This space for Clerk's Office File Stamp*
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __John A Houston__
FROM: M. Marner, Deputy Clerk       RECEIVED DATE: 7/10/08
CASE NO.: 08cv859-JAH (LSP)       DOCUMENT FILED BY: Pla Alvin Hennington Jr
CASE TITLE: Hennington v US Customs and Border Protrction
DOCUMENT ENTITLED: Request for Entry of Default and for Court Judgment

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Form is a State Court Form |

Date forwarded: 7/11/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston
Dated: 7/11/08     By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alvin Hennington JR. 5170 Clairmont Mesa Blvd Unit 4 San Diego, Ca. 92117-1465 | |
| TELEPHONE NO.: (858) 495-0695   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): Inproper | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, Ca. 92101
BRANCH NAME: Hall of Justice - Central

PLAINTIFF/PETITIONER: Alvin Hennington JR.
DEFENDANT/RESPONDENT: U.S. Customs / Federal Bureau of Investigation

| REQUEST FOR (Application) | ☑ Entry of Default   ☑ Clerk's Judgment ☑ Court Judgment | CASE NUMBER: 37-2008-00081249-CU-CR-CTL  08CV0859 JLS BLM |
|---|---|---|

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): April 8, 2008
   b. by (name): Alvin Hennington JR.
   c. ☑ Enter default of defendant (names): U.S. Customs Border Protection, Federal Bureau of Investigation
   d. ☑ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. ☑ Enter clerk's judgment
      (1) ☑ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☑ under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) ☐ for default previously entered on (date):

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $8,000,000,000.00 Eight Billion Dollars | $0 | $8,000,000,000.00 |
| b. Statement of damages * | | | |
| (1) Special | $0 | $0 | $0 |
| (2) General | $0 | $0 | $0 |
| c. Interest | $0 | $0 | $0 |
| d. Costs (see reverse) waiver | $0 | $0 | $0 |
| e. Attorney fees | $0 | $0 | $0 |
| f. TOTALS | $8,000,000,000.00 | $0 | $8,000,000,000.00 |

   g. Daily damages were demanded in complaint at the rate of: $ ___ per day beginning (date):
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: June 12, 2008

Alvin Hennington JR.
(TYPE OR PRINT NAME)

▶ Alvin Hennington JR.
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) ☐ Default entered as requested on (date): (2) ☐ Default NOT entered as requested (state reason): Clerk, by _____, Deputy |
|---|---|

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100-JCC [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure,
§§ 585–587, 1169
www.courtinfo.ca.gov

**REJECTED**
(Application to Enter Default)

CIV-100

| PLAINTIFF/PETITIONER: Alvin Henrington JR. | CASE NUMBER: 37-2008-00081249-CR-CTL |
|---|---|
| DEFENDANT/RESPONDENT: U.S. Customs, Federal Bureau of Investigation | 08-0859-JLS-BLM |

**REQUEST FOR ENTRY OF DEFAULT**

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☑ did not for compensation give advice or assistance with this form. (If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on (date):

5. ☑ **Declaration under Code of Civil Procedure Section 585.5** (required for entry of default under Code Civ. Proc., § 585(a)). This action:
   a. ☐ is ☑ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☑ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☑ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587): A copy of this Request for Entry of Default was
   a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney (names):
   b. ☑ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
   (1) Mailed on (date): June 12-08
       U.S. Customs
       610 A Street
       San Diego, CA 92101
   (2) To (specify names and addresses shown on the envelopes):
       Federal Bureau of Investigation
       9797 Aero Drive
       San Diego, CA 92123

Date: June 12, 2008
Alvin Henrington Jr. (TYPE OR PRINT NAME) ▶ /Alvin Henrington Jr./ (SIGNATURE OF DECLARANT)

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

7. **Memorandum of costs** (required if money judgment requested). Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees .................. $ Fee Waiver 0
   b. Process server's fees ............. $ 0
   c. Other (specify): ..................... $ 0
   d. .............................................. $ 0
   e. TOTAL Demand of complaint ... $ 8,000,000,000.00 Eight Billion Dollars
   f. ☐ Costs and disbursements are waived.

   RECEIVED IN INTAKE
   JUL 10 2008

9. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

Date: June 12, 2008
Alvin Henrington Jr. (TYPE OR PRINT NAME) ▶ /Alvin Henrington Jr./ (SIGNATURE OF DECLARANT)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

8. ☑ **Declaration of nonmilitary status** (required for a judgment). No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

Date: June 12, 2008
Alvin Henrington Jr. (TYPE OR PRINT NAME) ▶ /Alvin Henrington Jr./ (SIGNATURE OF DECLARANT)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.