# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUL 21 PM 12:40
*Clerk's Office File Stamp*
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   John Houston
FROM: E. Lloyd, Deputy Clerk       RECEIVED DATE: 7/17/08
CASE NO.: 08cv859-JAH (LSP)       DOCUMENT FILED BY: Alvin Hennington
CASE TITLE: Hennington v. US Customs and Border Protection
DOCUMENT ENTITLED: Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Not in pleading format; on Superior Court forms; unknown document |

Date forwarded: 7/17/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston

Dated: 7/18/08       By:
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alvin Hennington JR.<br>5170 Clairmont Mesa Blvd Unit 4<br>San Diego, Ca. 92117-1465<br>TELEPHONE NO: (858) 495-0695   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): [In Proper] | FILED<br>CIVIL BUSINESS OFFICE 7<br>CENTRAL DIVISION<br>08 APR 20 PM 5:19<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, Ca. 92101
BRANCH NAME: Hall of Justice/Central

PLAINTIFF: Alvin Hennington JR.

DEFENDANT: AH ~~San Diego Police Department~~, Federal Bureau of Investigation, U.S. Customs and Border Protection

☐ DOES 1 TO ___

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☑ AMENDED (Number): 1

Type (check all that apply):
☐ MOTOR VEHICLE   ☑ OTHER (specify): Violation of conflict of Interest Federal Law 18§205, 216, 44§3549
☑ Property Damage   ☐ Wrongful Death
☐ Personal Injury   ☑ Other Damages (specify): Mental Health Damages, Malicious Prosecution 28§268, 18§1361 et seq.

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
    Amount demanded ☐ does not exceed $10,000
    ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER: 37-2008-00081249-CU-CR-CTL

1. Plaintiff (name or names): Alvin Hennington JR.
   AH alleges causes of action against defendant (name or names): ~~San Diego Police Department~~, Federal Bureau of Investigation, U.S. Customs and Border Protection

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov