# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

08 AUG -7 AM 11:39

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: K. Hammerly, Deputy Clerk   RECEIVED DATE: 7/28/2008
CASE NO.: 08cv859   DOCUMENT FILED BY: Plaintiff Hennington, Jr.
CASE TITLE: Hennington v. US Customs and Border Protection
DOCUMENT ENTITLED: Conflict of Interest

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |   | Supplemental documents require court order |
| ☐ |   | Default Judgment in sum certain includes calculated interest |
| X |   | OTHER: Improper Format |

Date forwarded: 7/29/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1.

CHAMBERS OF: Houston

Dated: 8/6/08   By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

① Conflict of Interist 08CV0859-JLS BLM

Federal Case # 08CV0859JLS BLM

1. July 27, 08 the Defendants who
2. live at 5170 Clairmont mesa BLVD
3. illeagaley used hipnosis on ~~me~~ me while
4. I was sleep, that scares me because
5. I dont know what they put in my
6. Subconcious or took out? what I do
7. know is Nov. 2006 case number GIC873566
8. ~~I~~ went into Default, I Filed request
9. for Default in this case six times
10. it was Rejected every time.
11. [conflict of Interist] I only dismissed
12. San Diego Harbor Police, Department
13. of Homeland security and San
14. Diego Regional Airport Authority.
15. Some one stole a paper or ~~book~~
16. a paper and FORGED a
17. Dismissal for the entire case
18. Saving The port of