| | MC-025 |
|---|---|
| SHORT TITLE: **NUNC PRO TUNC** AUG 15 2008 | CASE NUMBER: |

FILED 2008 AUG 15 PM 4:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ATTACHMENT (Number): _____  Page 1 of 7
(This Attachment may be used with any Judicial Council form.) (Add pages as required)

United States District Court

Southern District of California

Ex-parte Application

To The Honorable

Judge John A. Houston

Urgent Request

Alvin Hennington JR.

*Alvin Hennington* (signature)

Aug 12-08

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]
**ATTACHMENT** to Judicial C-
Page 1 of 1
www.courtinfo.ca.gov

SHORT TITLE: Alvin Hennington vs. Homeland Security

CASE NUMBER: 08CV0859JLSBLM

MC-025

**Conflict of Interist**
~~Entrappment~~

ATTACHMENT (Number): _____   Page 2 of 7

(This Attachment may be used with any Judicial Council form.)   (Add pages as required)

Even after the Rape, sodomy and assault. The defendants continue to harm me, invade my space, Bump into me on purpose and ~~always~~ Defame my character, By gouting me into confrontations, Then ~~pretending~~ like I started it. ~~The~~ Address Auth. of the ~~Defendants~~ who commited the rape, Sodomy and Assault and death threats is 5170 Clairmont mesa BLVD units 8, 9, 16, 19, 20 and 22 and 21, Since my False Arrest and False mental Health claims ~~Bath~~ Filed Against

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

Page 1 of 1
www.courtinfo.ca.gov

| SHORT TITLE: | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): _____    Page 2 of 6

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

On April 23, 2008. My ~~Cert~~ Discharge Date was May 28, 2008 at 10 A.M. ~~The strange~~ thing is how April 23, 2008 happenes ~~to~~ be the same ~~date~~ as the defendants Received court papers on Namely the complaint form, Summons and Demand Amount for civil case #37 2008- 00081249- CU-CR-CTL, Served by San Diego County Sheriffs Department on April 23, 2008 at 12:57 p.m. ~~less than~~ 10 hours later I was Arrested on a Fake 911 call the ~~third~~ second one

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

Page 1 of 1
www.courtinfo.ca.gov

SHORT TITLE:

CASE NUMBER:

ATTACHMENT (Number): _____    Page 3 of 6

(This Attachment may be used with any Judicial Council form.)    (Add pages as required).

Since I filed this case, my mother, Frances W. Fant who lives at 5170 Clairmont mesa BLVD unit 4, Has placed 4 Fake 911 calls in order to help the defendants Discredit me and Blow my case Hence the Reason the defendants Filed a dismissal on 5/15/08 at 3:38 p.m. in civic case cv-00221-Jah-Lsp thirteen days Before The defendants Realeased me. This obvious Conflict of Interest Violation 28§528,518 ect. 268§2672 and 2678 et seq.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

Page 1 of 1
www.courtinfo.ca.gov

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): _____   Page 4 of 6

(This Attachment may be used with any Judicial Council form.)   (Add pages as required)

1. 
2. On June 12th of 2008 the defendants
3. in #9 and 22 started an assault campagn
4. starting with Burning my face on
5. the left side with a lighter, Date of
6. incident June 16th-08 Cut my leg with a
7. blade, Where my genitals and leg
8. meet on my inside theagh, Date of
9. Icident June 18th-08 punctured
10. my face with sharp odject, Date of
11. Incident June 19th and 20th of 2008
12. sleep depravation because of the
13. sleep depravation and threats of
14. more Assault and False Arrest and
15. incarseration, Makes my days and
16. nights very difficult and stressful.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

Page 1 of 1
www.courtinfo.ca.gov

| SHORT TITLE: | CASE NUMBER: | MC-025 |
|---|---|---|

ATTACHMENT (Number): _____    Page 5 of 6
(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

~~June~~ A.H. July 2, 2008 at Approx. 4 A.M. Defendants cut my lip

July 3, 2008 more threats ~~to~~ personal safty, more threats ~~to~~ Railroad me on Fake charges, ~~to~~ cover-up ~~the~~ REAL CHARGES, I Filed in all my civil suites, Taking things out of contects or Focus, In order ~~to~~ cloud ~~the~~ case [malisicious Prosecution, conflict of Interist-Violation of Federal Laws. A white Female slender build, Blond hair, AGE Approx. 32-35, Showed-up at About 9:00 p.m. on 7-9-08 at 5170 Clairmont mesa BLVD unit 22 [Federal Agents] I beleave she and a male counter part are

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. January 1, 2007)
ATTACHMENT
to Judicial Council Form
Page 1 of 1
www.courtinfo.ca.gov

Case 3:08-cv-00859-JAH-LSP   Document 13   Filed 08/15/2008   Page 7 of 7

| SHORT TITLE: | CASE NUMBER: | MC-025 |
|---|---|---|
|  |  |  |

ATTACHMENT (Number): _____   Page 6 of 6
(This Attachment may be used with any Judicial Council form.)   (Add pages as required)

1. AH
2. ~~Ref~~ responsable for ~~the~~ most recent
3. Assaults, Hear are some of the Plate
4. Numbers: Ford Escape "2007" Plate #
5. 6DTT717, 2008 Dodge charger Plate number
6. ~~■~~ VP4B479 color Red, I also know another
7. one 7W01319, Also the residence of
8. 5170 Clairmont mesa BLVD units 2, 26, 27
9. and 11 are Also involved, I wonder how
10. so many, can violate so many Laws and
11. nothing be done? I REQUEST
12. A <u>court Injuction</u> and a
13. <u>court Judgement</u>. Respectfully
14. Alvin Hennington JR.
15. Alvin Hennington Jr.
16. July 1■-2008

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

Page 1 of 1
www.courtinfo.ca.gov