(original)

**NUNC PRO TUNC**

SHORT TITLE: Alvin Hennington JR.
vs. U.S. Government (Default)

CASE NUMBER: 08CV859 JLSBLM

AUG 18 2008   MC-025

**FILED**

08 AUG 21 PM 3:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

ATTACHMENT (Number): _____
(This Attachment may be used with any Judicial Council form.)

Alvin Hennington JR.
Inproper
5170 Clairmont mesa BLVD unit 4
San Diego, CA. 92117

Alvin Hennington
Plaintiff

vs. U.S. Customs and
Border Protection -
Federal Bureau of
Investigation

Case No. 08cv0859-
JLS BLM

Date: Aug. 18-08

CTRM: 11

Judge: Hon. John A
Houston

Respectfully request

Entry of Court Default -

Judgment against
Defendants.  Federal Bureau of
Investigation and U.S.
Customs.

Alvin Hennington JR. Age 18-08
Alvin Hennington Jr.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Approved for Optional Use
Judicial Council of California
MC-025 (Rev. January 1, 2007)

ATTACHMENT
to Judicial Council Form

www.courtinfo.ca.gov