# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
AUG 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Houston
FROM: K. Hammerly, Deputy Clerk    RECEIVED DATE: 8/22/2008
CASE NO.: 08cv859    DOCUMENT FILED BY: Plaintiff Hennington, Jr.
CASE TITLE: Hennington, Jr. v. US Customs
DOCUMENT ENTITLED: Proof of Service for Stipulation; for Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of co.ntents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: San Diego Superior Court forms; Documents referenced in POS are not filed in District Court |

Date forwarded: 8/25/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston

Dated: 8/26/08    By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Alvin Hennington Jr<br>610 Ash Street<br>San Diego, CA 92101<br>E-MAIL | FAX | |
| ATTORNEY FOR (Name): **IN PROPRIA PERSONA** | | |

**San Diego County Superior Court - San Diego - Hall of Justice**
STREET ADDRESS: 330 W Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: San Diego - Hall of Justice

PLAINTIFF: Alvin Hennington Jr
DEFENDANT: U S Customs, Border Protection

| PROOF OF SERVICE | FILE NUMBER<br>2008140416 | COURT CASE NUMBER<br>37-2008-00081249 |
|---|---|---|

*08CV859JLS BLM* (handwritten)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
   Stipulation to use of Alternative Dispute Resolution Process, Complaint, Civil Case Cover Sheet, Notice of Case Assignment

3. a. Party served: U S Customs, Border Protection | By serving Christopher Duncan, Attorney/authorized.
   b. Person served: party in item 3a

4. Address where party was served: 610 W Ash St
   San Diego, CA 92101-3300

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 4/14/2008 (2)at: 3:40 PM.

6. The "Notice to the Person Served" was completed as follows:
   d. on behalf of: U S Customs, Border Protection
   under the following Code of Civil Procedure section: Other: No Capacity Indicated on Summons.

7. Person who served papers:
   a. Name: E Augustine 2465
   b. Address: San Diego County Sheriff Sheriff's Civil Office PO Box 85306 San Diego, CA 92186-5306
   c. Telephone number: (619) 544-6401
   d. The fee for service was: $35.00 (Waived)

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 22, 2008

Sheriff's Authorized Agent   E. A. GREENAWALD
William B. Kolender, Sheriff

Hearing: <No Information>

Judicial Council form POS-010         Original         208337

**REJECTED**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Alvin Hennington Jr<br>5170 Clairmont Mesa Blvd Unit4<br>San Diego, CA 92117-1465<br>E-MAIL | (858) 495-0695<br>FAX | |
| ATTORNEY FOR (Name): **IN PROPRIA PERSONA** | | |

**San Diego County Superior Court - San Diego - Hall of Justice**
STREET ADDRESS: 330 W Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: San Diego - Hall of Justice

PLAINTIFF: Alvin Hennington Jr
DEFENDANT: Federal Bureau of Investigation, U S Cus

| PROOF OF SERVICE | FILE NUMBER | COURT CASE NUMBER |
|---|---|---|
| | 2008142312 | 37-2008-00081249 |

*08cv859 JLS-BLM* (handwritten)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
   **Complaint**

3. a. Party served:    U S Customs | By serving Nancy J Gadel, Attorney/authorized.
   b. Person served:   party in item 3a

4. Address where party was served:    610 W Ash St
   San Diego, CA 92101-3300

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 5/14/2008 (2)at: 12:05 PM.

6. The "Notice to the Person Served" was completed as follows:

7. Person who served papers:
   a. Name:   Z Patterson 3004
   b. Address: San Diego County Sheriff Sheriff's Civil Office PO Box 85306 San Diego, CA 92186-5306
   c. Telephone number:  (619) 544-6401
   d. The fee for service was: $30.00 (Waived)

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 22, 2008

Sheriff's Authorized Agent  E. A. GREENAWALD
William B. Kolender, Sheriff

Hearing:  <No Information>

Judicial Council form POS-010     Mail Copy     217457