# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES



FILED
SEP - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   John Houston
FROM: C. Ecija,   Deputy Clerk    RECEIVED DATE: 09/03/08
CASE NO.: 08cv859    DOCUMENT FILED BY: Plaintiff, Alvin Hennington
CASE TITLE: Hennington V. US Customs Border Protection
DOCUMENT ENTITLED: Motion to Reconsider

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☒ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

**Date forwarded:** _____

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston
Dated: 9/5/08    By: _____
cc: All Parties

1 Alvin Hennington JR
2 5170 Clairmont mesa BLVD unit 4
3
4 San Diego, Ca. 92117-1465
5 (858) 232-9660
6 Inproper
7
                            U.S. District
8                    ~~Superior~~ Auth. Court of California
9
10                   County of San Diego
11
12
13 Alvin Hennington JR      Civil case NO.
14    Plaintiff             08 cv 859 JLS BLM
15 V
16 U.S. Customs,
17 Border Protection
18
19
20      Motion ~~to~~ Reconsider
21 Proofs of Service on the
22
23
24 Grounds ALL of my
25
26 Proofs of Service Predate
27
28 the tranfer of civil case
from ~~[scribbled]~~ San Diego county.
Alvin Hennington 9-3-08