UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENNINGTON, JR.<br><br>  Plaintiff,<br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION<br><br>  Defendants. | Civil No.08cv0859 JAH (LSP)<br><br>**ORDER VACATING HEARING** |

**IT IS HEREBY ORDERED** the hearing on Defendant United States Customs and Border Protection's motion to dismiss (Doc. No. 7) is **VACATED**. The motion is taken under submission without oral argument. See CivLR 7.1(d)(1).

DATED: September 8, 2008

_____
JOHN A. HOUSTON
United States District Judge

08cv0859