# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
SEP 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   John Houston
FROM: C. Ecija,   Deputy Clerk   RECEIVED DATE: 09/04/08
CASE NO.: 08cv0859   DOCUMENT FILED BY: Plaintiff, Alvin Hennington, Jr.
CASE TITLE: Hennington v. U.S. Customs Border Protection
DOCUMENT ENTITLED: Ex Parte Request for Entry of Default

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Missing proof of service. |

**Date forwarded:** _____

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 9/8/08   CHAMBERS OF: Houston
By: ____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

1. Alvin Hennington JR.
2. 5170 Clairmont mesa BLVD unit 4
3. 
4. San Diego, Ca. 92117-1465
5. (858) 232-9660
6. 
7. Inproper

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Alvin Hennington JR., | CASE NO. 08cv859 |
| --- | --- |
| Plaintiff, | JLS BLM |
| vs. | |
| U.S. Customs Border Protection, Defendant. | |

Ex-Parte Request for Entry of Default

To ~~the~~ Honorable Judge John A. Houston

Request for entry of Default against Defendants Names:

U.S. Customs and Border Protection in the Amount of 8 Billion Dollars

Alvin Hennington sept 4-08
Alvin Hennington jr.